# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00194-ADA |
| | § | |
| SK HYNIX INC., SK HYNIX AMERICA INC. | § | |

## ORDER SETTING MOTION HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING BY ZOOM** on **Tuesday, February 02, 2021 at 09:30 AM**. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 28th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE