# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SK HYNIX INC. and<br>SK HYNIX AMERICA INC.<br><br>Defendants. | Civil Action No. 6:20-cv-00194-ADA<br>Civil Action No. 6:20-cv-00525-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER

Pursuant to the Court's Order of February 2, 2021 (6:20-cv-00194-ADA, ECF Doc. No. 87), Plaintiff Netlist, Inc. and Defendants SK hynix Inc. and SK hynix America Inc., through their respective counsel, jointly submit the joint schedule proposal governing the consolidated matters, attached as **Exhibit A**.

Netlist notes that it is still in the process of verifying dates with certain of its testifying experts, but agrees to the proposed scheduling order.

SK hynix respectfully objects to the Court's February 2 Order's resetting of case dates, including the new date for SK hynix's responsive claim construction brief, removing SK hynix's right to file a surreply claim construction brief, the new date for the Markman hearing, and the new date for trial, and reserves all rights and bases for objecting thereto. SK hynix, however, understands the Order to require the parties to submit new dates for all deadlines not set or effectively removed by the Order by today and thus has worked with Netlist and hereby joins Netlist in submitting this proposed scheduling order, while preserving all objections. SK hynix's joinder in this motion providing this proposed schedule is not and should not be taken as indicating

1

SK hynix's agreement with this proposed schedule, and SK hynix respectfully reserves the right to seek modifications thereof. In addition, SK hynix is still investigating its witnesses', including expert witnesses', and counsels' availability, both in the general sense and in terms of the on-going pandemic and any special considerations that raises, for the new trial date and respectfully reserves the right to seek modification of the trial dates on that basis as well.

For the convenience of the Court, a chart of the existing dates compared to the new, proposed dates in Exhibit A, is set forth below:

| Item | Old Date/Deadline | New Date/Deadline |
|---|---|---|
| 525 - Defendants file Responsive claim construction brief. | February 10, 2021 | February 8, 2021 |
| 525 - Plaintiff files Reply claim construction brief. | February 24, 2021 | February 23, 2021 |
| 525 - Defendants file Surreply claim construction brief. | March 10, 2021 | N/A |
| Parties submit Joint Claim Construction Statement. In addition to filing, the parties shall jointly submit, via USB drive, Dropbox (not another cloud storage), or email to the law clerk, pdf versions of all as-filed briefing and exhibits. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. | March 12, 2021 | February 24, 2021 |
| Parties submit optional technical tutorials. The parties shall also jointly submit, via USB drive, Box (not another cloud storage), or email to the law clerk, pdf versions of all as-filed briefing and exhibits. | March 12, 2021 | N/A |
| Markman Hearing at 1:30 p.m. | March 19. 2021 | March 1, 2021 |
| Deadline to add parties. | April 9, 2021 | March 12, 2021 |

2

| Item | Old Date/Deadline | New Date/Deadline |
|---|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | April 16, 2021 | March 19. 2021 |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. | June 11, 2021 | March 26, 2021 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. | June 25, 2021 | March 31, 2021 |
| Close of Fact Discovery. | July 23, 2021 | April 2, 2021 |
| Opening Expert Reports. | July 30, 2021 | April 9, 2021 |
| Rebuttal Expert Reports. | August 27, 2021 | April 30, 2021 |
| Close of Expert Discovery. | September 24. 2021 | May 14, 2021 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | September 29, 2021 | May 19, 2021 |

| Item | Old Date/Deadline | New Date/Deadline |
|---|---|---|
| Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | October 1, 2021 | May 21, 2021 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | October 15, 2021 | May 28, 2021 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | October 29, 2021 | June 4, 2021 |
| Serve objections to rebuttal disclosures and File Motions in limine. | November 5, 2021 | June 11, 2021 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | November 12, 2021 | June 18, 2021 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | November 19, 2021 | June 18, 2021 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | November 22, 2021 | June 22, 2021 |
| Final Pretrial Conference. | November 29, 2021 | June 29, 2021 |
| Jury Selection/Trial. | December 6, 2021 | July 6, 2021 |

Dated: February 5, 2021

By: */s/ Michael D. Hatcher*
Michael D. Hatcher (*pro hac vice*)
Texas Bar No. 24027067
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
mhatcher@sidley.com

Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com

David C. Giardina
Illinois Bar No. 6225008 (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dgiardina@sidley.com

Brian R. Nester
DC Bar No. 460225 (*pro hac vice*)
Joseph A. Micallef
DC Bar No. 443679 (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
bnester@sidley.com
jmicallef@sidley.com

*Counsel for Defendants*
*SK hynix Inc. and SK hynix America Inc.*

/s/ *Andrew H. DeVoogd*
Andrew H. DeVoogd
 (Admitted to practice in WDTX)
 Massachusetts BBO No. 670203
 E-mail: AHDeVoogd@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND
 POPEO P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241

J. Stephen Ravel
 Texas State Bar No. 16584975
 Email: steve.ravel@kellyhart.com
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429

*Attorneys for Plaintiff Netlist Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on February 5, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Andrew H. DeVoogd*
Andrew H. DeVoogd
